TORREY, Appellant, v. WATERS et al., Respondents.

(Supreme Court, General Term, Second Department.  May 14, 1894.)

Appeal from circuit court, Kings county.
Action by David M. Torrey against Francis A. Waters and others.

Howard A. Sperry (Henry Cooper, of counsel), for appellant.
D. M. De Witt, for respondents.

DYKMAN, J.  This is an appeal from an order granting a new trial upon, the minutes of the court after the rendition of the verdict.  The question involved was before this general term on an appeal from an order of the special term vacating an order of arrest.  We then decided that the defendants perpetrated no fraud, and that decision justified the order appealed from now.  Torrey v. Waters, 69 Hun, 614, 23 N. Y. Supp. 1145.  The order should be affirmed, with costs.

---

VAN CLEEF v. BROWN.

(Supreme Court, General Term, Second Department.  May 14, 1894.)

Action by William S. Van Cleef against James J. Brown.
Argued before BROWN, P. J., and DYKMAN and CULLEN, JJ.
No opinion.  Judgment affirmed, with costs.

---

WILLIAMS v. TURFLER et al.

(Supreme Court, General Term, Second Department.  May 14, 1894.)

Action by Amy Williams against George F. Turfler and others.

Scott & Upson, for appellants.
I. Newton Williams, for respondent.

PRATT, J.  We think the trust agreement was properly construed by the judge at special term.  Judgment affirmed, with costs.

---

WOLFF et al., Respondents, v. KUHNE, Appellant.

. (Supreme Court, General Term, Second Department.  May 14, 1894.)

Appeal from judgment on report of referee.
Action by Phillip Wolff and another against Paul Kuhne.

Oscar Frisbie, for appellant.
William M. Mullen, for respondents.

DYKMAN, J.  This is an appeal from a judgment entered upon the report of a referee.  The action was brought to recover for labor and material furnished to the defendant by the plaintiff in the erection of a house and stable in Richmond county, and $150 for money lent.  The referee found in favor of the plaintiff, and his report is well sustained by the proof.  The testimony of the expert witness introduced by the defendant was quite uncertain and unsatisfactory, and the claim of the plaintiff was meritorious.  A careful examination of the testimony leaves no doubt of the justice and legality of the report, and it meets with our entire approval.  The exceptions of the defendant disclose no error sufficient to require a reversal of the judgment, and it should be affirmed, with costs.